UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREA THOMAS,

    Plaintiff,

v.                                          Case No:   6:19-cv-1528-Orl-37GJK

JSTC, LLC,

    Defendant.

## ORDER

The parties' Joint Motion to Conduct Case Management Conference by Telephone and Electronically (Doc. 32), is **GRANTED**. The parties may confer telephonically and electronically to prepare their case management report. If the parties are unable to agree on all matters to be included in the report, then the Court may require an in-person meeting of counsel to attempt, in good faith, to resolve all disagreements.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2020.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties