**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |  |
|---|---|---|
| ANDREA THOMAS, DEANDRE TINSON and SHONNIKA SPEARS, on behalf of herself and others similarly situated, | : : : : : | CASE NO.: 6:19-cv-1528-RBD-GJK |
|  | : : | COLLECTIVE ACTION |
| Plaintiffs, v. | : : : : | |
| JSTC, LLC, COMMERCIAL EXPRESS, INC. COEI, LLC, AG PLUS EXPRESS, LLC, and DROP A BOX, INC. | : : : : : : | |
| Defendants. | : | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_\_  IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below.

__x__  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated:  April 14, 2020           **VARNELL & WARWICK, P.A.**

By:   /s/ Janet R. Varnell
Janet R. Varnell; FBN:  0071072
Brian W. Warwick; FBN:  0605573
1101 E. Cumberland Ave., Ste. 201H #105
Tampa, FL  33602
Telephone: (352) 753-8600
Facsimile:  (352) 504-3301

*jvarnell@varnellandwarwick.com*
*bwarwick@varnellandwarwick.com*
*kstroly@varnellandwarwick.com*

**BERGER MONTAGUE PC**
Sarah R. Schalman-Bergen
(Admitted Pro Hac Vice)
*SSchalman-Bergen@bm.net*
Michaela L. Wallin (Admitted Pro Hac Vice)
*mwallin@bm.net*
Krysten Connon (Admitted Pro Hac Vice)
*kconnon@bm.net*
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  (215) 875-3000

**WILLIG, WILLIAMS & DAVIDSON**
Ryan Hancock (Admitted Pro Hac Vice)
*rhancock@wwdlaw.com*
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
Telephone: (215) 656-3600

**ATTORNEYS FOR PLAINTIFF**

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Janet R. Varnell
                                                Janet R. Varnell