# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANDREA THOMAS, DEANDRE TINSON, and SHONNIKA SPEARS, on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.

AMAZON.COM SERVICES, INC., AMAZON LOGISTICS, INC., AMAZON.COM LLC, JSTC, LLC, COMMERCIAL EXPRESS, INC., COEI, LLC, AG PLUS EXPRESS, LLC, and DROP A BOX, INC.,

      Defendants.
_____/

Case Nos. 19-cv-01528, 21-cv-00442

## JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL

Plaintiffs Andrea Thomas, Deandre Tinson, and Shonnika Spears ("Plaintiffs") and Defendants Amazon.com Services, Inc., Amazon.com Logistics, Inc., Amazon.com LLC, JSTC, LLC, Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop a Box, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby move the Court to extend the deadline to file the Motion for Preliminary Approval of the Parties' Settlement Agreement by one week,

from December 10, 2021 to December 17, 2021. In support of this Motion, the Parties state the following:

1. The Parties notified the Court that they had reached an agreement in principle on November 5, 2021, and requested that the Court adjourn the case deadlines in the case and set a deadline for Plaintiff to file a Motion for Preliminary Approval with the Court of December 10, 2021. (ECF No. 97.) The Court granted the Parties' Motion. (ECF No. 98).

2. The Parties have worked diligently since that time, and have finalized the long form Settlement Agreement. The final Settlement Agreement is currently being circulated for signature by all parties. In addition, the Parties solicited bids for settlement administration services and have selected a settlement administrator.

3. The Parties are currently in the process of finalizing the Motion for Preliminary Approval. In order to ensure that all of the documents are properly prepared and approved by all Parties, the Parties respectfully request an additional one week extension of time -- from December 10, 2021 to December 17, 2021-- to obtain all necessary signatures as well as to take the necessary steps to finalize the briefing and submit the settlement to the Court for its review and approval.

4. The requested extension is made in good faith and not for purposes of delay.

## Local Rule 3.01(g) Certification

The Parties have conferred regarding the relief requested and all Parties consent to and jointly seek the relief requested herein.

## Memorandum of Law

Federal Rule of Civil Procedure 6(b)(1) establishes that upon good cause shown, the Court may enlarge the period of time within which a party is required to act. Such authority is within the Court's broad discretion to manage its cases, including scheduling. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)). Unless the deadline for response has passed, any motion for enlargement remains timely. *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 895 & n.5 (1990); *see also Ritter v. Smith*, 811 F.2d 1398, 1403 (11th Cir. 1987), *cert. denied*, 483 U.S. 1010 (1987). Courts have recognized that timely motions under Federal Rule of Civil Procedure 6(b)(1) generally are granted, and that such enlargements are "readily available." *See, e.g.*, *Sherrod v. Piedmont Aviation, Inc.*, 516 F. Supp. 39, 41 (E.D. Tenn. 1978); *In re Pioneer Inv. Servs. Co.*, 106 B.R. 510, 515 (Bankr. E.D. Tenn. 1989). As this motion sets forth good cause for the relief sought, and neither the Parties nor these proceedings would be prejudiced by the granting of this Joint Motion, it would be an appropriate exercise of the Court's discretion to grant the requested extension of time.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court enter an Order extending the time for Plaintiffs to file the Motion for Preliminary Approval by one week, from December 10, 2021 to December 17, 2021.

Dated: December 8, 2021

Respectfully submitted,

<u>/s/ Sarah R. Schalman-Bergen</u>
Sarah R. Schalman-Bergen
Krysten Connon
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St.
Suite 2000
Boston, MA 02116
Telephone: 617-994-5800
Fax: 617-994-5801
ssb@llrlaw.com
kconnnon@llrlaw.com

<u>/s/Janet R. Varnell</u>
Janet R. Varnell
Brian W. Warwick
Matthew T. Peterson
Erica Roxanne Willis
VARNELL & WARWICK, PA
1101 E. Cumberland Ave.
Suite 201H, #105
Tampa, FL 33602
Telephone: 352-753-8600
Fax: 352-504-3301
bwarwick@vandwlaw.com
jvarnell@vandwlaw.com
mpeterson@vandwlaw.com
ewillis@vandwlaw.com

<u>/s/ Michaela Wallin</u>
Michaela Wallin

<u>/s/ Christopher K. Ramsey</u>
Christopher K. Ramsey (admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: 412.560.3323
Fax: 412.560.7001

Max O. Bernstein (admitted *Pro Hac Vice)*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5460
Fax: 215.963.5001

Mark E. Zelek
Florida Bar No. 667773
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3303
eFacsimile: 877.432.9652
mark.zelek@morganlewis.com

BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone:  215-875-5819
mwallin@bm.net

*/s/ Ryan Hancock*
Ryan Hancock
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut St
Suite 2400
Philadelphia, PA 19103
Telephone:  215-656-3679
rhancock@wwdlaw.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants Amazon.com Services, Inc., Amazon Logistics, Inc., and Amazon.com LLC*

*/s/ Paul Loren Sutherland*
Paul Loren Sutherland
WILSON MCCOY, P.A.
Point 100 Building
100 E Sybelia Ave #205
Maitland, FL 32751
Telephone:  407.803.5400
Fax:  407.803.4617

*Attorneys for Defendant JSTC, LLC*

*John Christopher Getty*
John Christopher Getty
Jennifer M. Fowler-Hermes
WILLIAMS, PARKER, HARRISON, DIETZ & GETZEN
200 S Orange Ave
Sarasota, FL 34234-6802
jgetty@williamsparker.com
jfowler-hermes@williamsparker.com
Telephone:  941.552.2558
Fax:  941.954.3172

*Attorneys for Defendants Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop a Box, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, the foregoing Joint Motion to Extend Deadline to File Conditional Collective Certification Motion was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
