IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANDREA THOMAS, DEANDRE TINSON, and SHONNIKA SPEARS, on behalf of themselves and others similarly situated, | : : : : : : |
| Plaintiffs, | : Case No.: 6:19-cv-1528---RBD-GJK |
| v. | : : |
| AMAZON.COM SERVICES, INC., AMAZON LOGISTICS, INC., AMAZON.COM LLC, JSTC, LLC, COMMERCIAL EXPRESS, INC., COEI, LLC, AG PLUS EXPRESS, LLC, and DROP A BOX, INC., | : : : : : : |
| Defendants. | : |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Plaintiffs Andrea Thomas, DeAndre Tinson, and Shonnika Spears, through their undersigned counsel, respectfully move this Court for an Order:

1. For settlement purposes, conditionally certifying the following collective pursuant to 29 U.S.C. § 216(b):

> Plaintiffs and all current and former DAs who were paid by Commercial Express, COEI, LLC, or any one of its subcontractors, including AG Plus Express, LLC, JSTC, LLC, and/or Drop a Box, Inc. to deliver packages to customers of Amazon in the United States

between March 1, 2017 and June 22, 2019.

2. Granting preliminary approval of the Parties' FLSA Collective Action Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion as a fair and reasonable resolution of *a bona fide* dispute under the Fair Labor Standards Act.

3. Approving the Notice of Collective Settlement, attached as Exhibit A to theSettlement Agreement, and authorizing dissemination of the Notice to members of the Settlement Collective; and

4. Setting a date for final approval of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah Schalman-Bergen, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendants do not oppose this Motion. A proposed Order is submitted for the Court's consideration (attached as Exhibit 2).

Dated: December 17, 2021         Respectfully submitted,

**LICHTEN & LISS-RIORDAN, PC**

/s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
Krysten Connon
729 Boylston St, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
ssb@llrlaw.com
kconnon@llrlaw.com

**VARNELL & WARWICK, P.A.**

/s/ Janet R. Varnell_____
Janet R. Varnell, FBN: 0071072
1101 E. Cumberland Avenue, Suite 201H, #105
Tampa, FL 33602
Telephone: (352) 753-8600
*jvarnell@vandwlaw.com*
*kstroly@vandwlaw.com*

Ryan Hancock
**WILLIG, WILLIAMS & DAVIDSON**
rhancock@wwdlaw.com
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103

Michaela L. Wallin
**BERGER MONTAGUE PC**
mwallin@bm.net
1818 Market Street, Suite 3600
Philadelphia, PA 19103

*Attorneys for Plaintiffs and the FLSA Collective*