# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANDREA THOMAS, DEANDRE TINSON, and SHONNIKA SPEARS, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, INC., AMAZON LOGISTICS, INC., AMAZON.COM LLC, JSTC, LLC, COMMERCIAL EXPRESS, INC., COEI, LLC, AG PLUS EXPRESS, LLC, and DROP A BOX, INC.,<br><br>        Defendants. | Case No.: 6:19-cv-1528-RBD-GJK |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF THE
FAIR LABOR STANDARDS ACT
<u>COLLECTIVE ACTION SETTLEMENT AGREEMENT</u>**

AND NOW, this ____ day of _____, 202__, upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Fair Labor Standards Act Collective Action Settlement Agreement, and accompanying documents, the Court hereby GRANTS Plaintiffs' motion and ORDERS as follows:

1.    For settlement purposes, the Court conditionally certifies the following collective pursuant to 29 U.S.C. § 216(b):

> Plaintiffs and all current and former DAs who were paid by Commercial Express, COEI, LLC, or any one of its subcontractors, including AG Plus Express, LLC, JSTC, LLC, and/or Drop a Box,

Inc. to deliver packages to customers of Amazon in the United States between March 1, 2017 and June 22, 2019.

2. The Court preliminarily approves the Parties' FLSA Collective Action Settlement Agreement as a fair and reasonable resolution of *a bona fide* dispute under the Fair Labor Standards Act.

3. The Notice of Collective Settlement, attached as Exhibit A to the Settlement Agreement, is approved. The Parties shall disseminate the Notice to members of the Settlement Collective in accordance with the terms of the Settlement Agreement. Settlement Collective Members shall have forty-five days from the date of mailing to submit disputes to the Settlement Administrator regarding their individual settlement shares; and

4. The Court sets a hearing date of _____ [NO EARLIER THAN MARCH 11, 2022] at ____ a.m./ p.m. for final approval of the Fair Labor Standards Act Collective Action Settlement Agreement. Plaintiffs shall file a Motion for Final Approval of the Fair Labor Standards Act Collective Action Settlement Agreement seven calendar days prior to the date of the hearing. Should the Court determine that the motion may be decided on the pleadings, it will so advise.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on this ____ _____day of _____, 202__.

ROY B. DALTON, JR.
United States District Judge