IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREA THOMAS, DEANDRE
TINSON, and SHONNIKA SPEARS,
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

vs.                                            Case No. 6:19-cv-1528-GAP-GJK

AMAZON.COM SERVICES, INC.,
AMAZON LOGISTICS, INC.,
AMAZON.COM LLC, JSTC, LLC,
COMMERCIAL EXPRESS, INC.,
COEI, LLC, AG PLUS EXPRESS,
LLC, and DROP A BOX, INC.,

      Defendants.
_____/

**MOTION FOR CLARIFICATION OF ORDER AND NOTICE OF
TELEPHONIC HEARING (DOC. NO. 103) AND
<u>REQUEST FOR EXCUSE OF LEAD COUNSEL'S APPEARANCE</u>**

Defendants, Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop A Box, Inc. (collectively the "COEI Defendants"), seek clarification about the January 19, 2022 *Order and Notice of Telephonic Hearing* ("Order"), Doc. No. 103, and if personal appearance is required, the COEI Defendants request lead counsel be excused from appearing at the upcoming January 27th Hearing.

The COEI Defendants seek to clarify whether the January 27th Hearing requires in person attendance or is a telephonic conference. The confusion arises

because—although the Order indicates that there will be a telephonic conference with logistical details—the Order also seemingly requires personal appearance of counsel in Courtroom 6D. Because the COEI Defendants do not wish to presume, they seek clarification.

If the hearing is in person, the COEI Defendants respectfully request leave for counsel of record, John C. Getty, to appear *in lieu* of lead counsel, Jennifer Fowler-Hermes. Ms. Fowler-Hermes is unable to appear in-person the January 27th Hearing. Mr. Getty is fully briefed on the issues involved in this matter and the pending *Unopposed Motion for Preliminary Approval of the Fair Labor Standards Act Collective Action Settlement Agreement*. Doc. No. 101. Mr. Getty will also have full authority on behalf of the COEI Defendants to make representations and act as warranted.

In conclusion, Defendants Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop A Box, Inc., respectfully seek clarification of the Order, Doc. No. 103, or, alternatively, request leave for lead counsel, Jennifer Fowler-Hermes, to be excused from appearing at the upcoming hearing with John C. Getty's attendance instead.

      WILLIAMS PARKER HARRISON
       DIETZ & GETZEN

      */s/ John C. Getty*
      Jennifer Fowler-Hermes
      Florida Bar No. 0127442

John C. Getty
Florida Bar No. 1013911
Primary email: jfowler-hermes@williamsparker.com
Secondary email: drobinson@williamsparker.com
Primary email: jgetty@williamsparker.com
Secondary email: mskowronski@williamsparker.com
200 South Orange Avenue
Sarasota, Florida 34236
Telephone: (941) 366-4800
Facsimile: (941) 954-3172

*Attorneys for Defendants, Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop A Box, Inc.*

6929180.v2

3