IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREA THOMAS, DEANDRE TINSON, and SHONNIKA SPEARS, on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

AMAZON.COM SERVICES, INC., AMAZON LOGISTICS, INC., AMAZON.COM LLC, JSTC, LLC, COMMERCIAL EXPRESS, INC., COEI, LLC, AG PLUS EXPRESS, LLC, and DROP A BOX, INC.,

        Defendants.
_____/

Case Nos. 19-cv-01528, 21-cv-00442

**JOINT SUBMISSION IN FURTHER SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Plaintiffs Andrea Thomas, DeAndre Tinson, and Shonnika Spears ("Plaintiffs") and Defendants Amazon.com Services, Inc., Amazon.com Logistics, Inc., Amazon.com LLC, JSTC, LLC, Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop a Box, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby file an agreed upon Exhibit B to Parties' Fair Labor Standards Act Collective Action Settlement Agreement, as requested by the

Magistrate Judge at the January 27, 2022 Telephonic Hearing ("Telephonic Hearing"). *See* ECF 108 (Clerk's Minutes).

Specifically, during the Telephonic Hearing, the Magistrate Judge identified several typographical errors in the document titled "Notice of Settlement Award Check," attached as Exhibit B to the Parties' Fair Labor Standards Act Collective Action Settlement Agreement, which was submitted on the docket at ECF 101-2, pages 31-36. The Parties have met and conferred and jointly submit an amended Exhibit B, which 1) corrects the inadvertent duplicative numbering of the paragraphs (previously mislabeled with the number 2); and 2) eliminates the word "be" in ECF page 34, in the first bullet point. The Parties agree that the new Exhibit B correcting these errors supersedes the prior version of the Notice of Settlement Award Check previously submitted.

In addition, the Parties submit the fully executed Release of Non-FLSA Claims Agreement of DeAndre Tinson as Exhibit A, which replaces the Agreement filed at ECF 101-4, pages 26-34. As stated at the Telephonic Hearing, at the time of filing, Mr. Tinson's Agreement did not contain the signature pages for AG Plus Express, LLC and Drop a Box, Inc. These parties executed the separately-negotiated Release of Non-FLSA Claims Agreement of Mr. Tinson on December 17, 2021 and December 21, 2021, respectively.

For the reasons stated in Plaintiff's Unopposed Motion for Preliminary Approval of the Fair Labor Standards Act Collective Action Settlement (ECF No. 101-102); the Parties' Joint Supplemental Brief ins Support of Plaintiff's Unopposed

Motion for Preliminary Approval of the Fair Labor Standards Act Collective Action Settlement (ECF No. 106); and the Parties' arguments made during the Telephonic Hearing (ECF No. 108), the Parties respectfully request that the Court grant preliminary approval to this settlement so that the low wage earning collective members may promptly receive notice of their right to receive a Settlement Award under the agreement reached by the Parties, which represents a fair and reasonable resolution of a *bona fide* dispute.

| February 2, 2022 | Respectfully submitted, |
|---|---|
| /s/ Sarah R. Schalman-Bergen<br>Sarah R. Schalman-Bergen<br>Krysten Connon<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston St.<br>Suite 2000<br>Boston, MA 02116<br>Telephone: 617-994-5800<br>Fax: 617-994-5801<br>ssb@llrlaw.com<br>kconnnon@llrlaw.com<br><br>/s/ Janet R. Varnell<br>Janet R. Varnell<br>Brian W. Warwick<br>Matthew T. Peterson<br>Erica Roxanne Willis<br>VARNELL & WARWICK, PA<br>1101 E. Cumberland Ave.<br>Suite 201H, #105<br>Tampa, FL 33602<br>Telephone: 352-753-8600<br>Fax: 352-504-3301<br>bwarwick@vandwlaw.com<br>jvarnell@vandwlaw.com<br>mpeterson@vandwlaw.com<br>ewillis@vandwlaw.com | /s/ Christopher K. Ramsey<br>Christopher K. Ramsey (admitted *Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Oxford Centre, Thirty-Second Floor<br>Pittsburgh, PA 15219-6401<br>Telephone: 412.560.3323<br>Fax: 412.560.7001<br><br>Max O. Bernstein (admitted *Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: 215.963.5460<br>Fax: 215.963.5001<br><br>*Attorneys for Defendants Amazon.com Services, Inc., Amazon Logistics, Inc., and Amazon.com LLC*<br><br>/s/ Paul Loren Sutherland<br>Paul Loren Sutherland<br>WILSON MCCOY, P.A.<br>Point 100 Building<br>100 E Sybelia Ave #205 |

*/s/ Ryan Hancock*
Ryan Hancock
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut St
Suite 2400
Philadelphia, PA 19103
Telephone: 215-656-3679
rhancock@wwdlaw.com

*/s/ Michaela Wallin*
Michaela Wallin
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: 215-875-5819
mwallin@bm.net

*Attorneys for Plaintiffs*

Maitland, FL 32751
Telephone: 407.803.5400
Fax: 407.803.4617

*Attorneys for Defendant JSTC, LLC*

*John Christopher Getty*
John Christopher Getty
Jennifer M. Fowler-Hermes
WILLIAMS, PARKER, HARRISON, DIETZ & GETZEN
200 S Orange Ave
Sarasota, FL 34234-6802
jgetty@williamsparker.com
jfowler-hermes@williamsparker.com
Telephone: 941.552.2558
Fax: 941.954.3172

*Attorneys for Defendants Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop a Box, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
