IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREA THOMAS, DEANDRE
TINSON, and SHONNIKA SPEARS, on
behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

AMAZON.COM SERVICES, INC.,
AMAZON LOGISTICS, INC.,
AMAZON.COM LLC, JSTC, LLC,
COMMERCIAL EXPRESS, INC., COEI,
LLC, AG PLUS EXPRESS, LLC, and
DROP A BOX, INC.,

    Defendants.
_____/

Case Nos. 19-cv-01528, 21-cv-00442

**DEFENDANTS' PARTIAL OBJECTIONS TO THE REPORT AND
RECOMMENDATION GRANTING IN PART AND DENYING IN
PART PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF THE FAIR LABOR STANDARDS ACT
<u>COLLECTIVE ACTION SETTLEMENT AGREEMENT</u>**

Defendants Amazon.com Services, Inc., Amazon.com Logistics, Inc., Amazon.com LLC, JSTC, LLC, Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop a Box, Inc. file these Partial Objections to the Report and Recommendation Regarding Plaintiffs' Unopposed Motion for Preliminary

Approval of the Fair Labor Standards Act Collective Action Settlement Agreement (ECF 110) ("Report and Recommendation").

In the Report and Recommendation, Magistrate Judge Baker finds the Fair Labor Standards Act ("FLSA") settlement described in Plaintiffs' Unopposed Motion (ECF 101) to be a fair and reasonable settlement of a *bona fide* dispute; he recommends that the collective action be certified for purposes of settlement; he finds that the attorneys' fees and costs do not affect the amount to be paid to collective action members under the settlement; and he approves the settlement procedures described in the settlement papers. Defendants to not object to these recommendations.

The Report and Recommendation also recommends that the modification provision in the settlement agreement be approved subject to any modification requiring Court approval. (ECF 110 at 15.) In addition, it recommends that the Court may wish to decide whether to retain jurisdiction over enforcement of the settlement agreement. (ECF 110 at 16.) Defendants do not object to these recommendations.

Finally, the Report and Recommendation recommends that the General Releases entered into by the Named Plaintiffs in exchange for additional consideration be prohibited as incentive awards under *Johnson v. NPAS Solutions*, 975 F.3d 1244 (11th Cir. 2020) (petition for review *en banc* pending), or,

alternatively, that the Court may wish to defer ruling on the validity of the payments pursuant to the General Releases until *Johnson* is more settled. (ECF 110 at 22-23.) Defendants object to the recommendation to prohibit the General Releases in exchange for additional consideration for the reasons set forth in Plaintiffs' Objections to the Report and Recommendation (ECF 111), which Defendants join and incorporate by reference into these Partial Objections.[1]

In conclusion, Defendants respectfully request that the Court approve the FLSA settlement for the reasons set forth in Plaintiffs' Unopposed Motion (ECF 101) and in the Report and Recommendation and that the Court overrule the recommendation regarding the General Releases or, in the alternative, defer ruling on the General Releases.

March 23, 2022                                Respectfully submitted,

/s/ *Christopher K. Ramsey*
Christopher K. Ramsey (admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: 412.560.3323
Fax: 412.560.7001

---

[1] In the alternative, Defendants do not object to the Court deferring a ruling on the General Releases until *Johnson* is more settled, and Defendants also incorporate by reference and join Plaintiffs' arguments on this alternative position as set forth in Plaintiffs' Objections to the Report and Recommendation. (ECF 111.)

Max O. Bernstein (admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5460
Fax: 215.963.5001

*Attorneys for Defendants Amazon.com Services, Inc., Amazon Logistics, Inc., and Amazon.com LLC*

*/s/ Paul Loren Sutherland*
Paul Loren Sutherland
WILSON MCCOY, P.A.
Point 100 Building
100 E Sybelia Ave #205
Maitland, FL 32751
Telephone: 407.803.5400
Fax: 407.803.4617

*Attorneys for Defendant JSTC, LLC*

*/s/Jennifer M. Fowler-Hermes*
Jennifer M. Fowler-Hermes
WILLIAMS, PARKER, HARRISON, DIETZ & GETZEN
200 S Orange Ave
Sarasota, FL 34234-6802
jfowler-hermes@williamsparker.com
Telephone: 941.552.2558
Fax: 941.954.3172

*Attorneys for Defendants Commercial Express, Inc., COEI, LLC, AG Plus Express, LLC, and Drop a Box, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Christopher K. Ramsey*
                                              Christopher K. Ramsey